# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 30, 2015

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

152360

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

STEVEN MICHAEL STONE,
      Defendant-Appellant.
_____/

SC: 152360
COA: 327698
Emmet CC: 11-003568-FH

      On order of the Chief Justice, the written request by defendant-appellant to withdraw his application for leave to appeal is considered, and the case is DISMISSED with prejudice.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 30, 2015

